969 A.2d 1121

IN THE MATTER OF CHARLES E. AUSTIN, AN ATTORNEY AT LAW.

May 6, 2009.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 08–309, concluding that **CHARLES E. AUSTIN** of **ORANGE,** who was admitted to the bar of this State in 1996, should be reprimanded for violating *RPC* 1.15(d) (recordkeeping violations), *RPC* 5.5(a) (practicing law while ineligible), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **CHARLES E. AUSTIN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.